In the Matter of the Arbitration between JACOB SCHICKMAN et al., Appellants, and KSAL FRANKEL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

REPUBLIC CHEMICAL CORPORATION, Respondent, v. UNITED STERLING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

MARGOT E. AGHNIDES, Respondent, v. ELIE P. AGHNIDES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

MARATHON PICTURES CORPORATION, Respondent, v. EAGLE LION FILMS, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

202-4 EAST 29TH STREET CORP., Appellant, v. ISAAC GROPPER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 282 App. Div. 668.]

■

GEORGE COLON CONTRACTING CORPORATION, Respondent, v. DONALD K. SARGENT et al., Copartners Doing Business under the Name of SARGENT WEBSTER-CRENSHAW & FOLLEY, et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. The cause of action plaintiff alleged arose in Jefferson County. Another action maintained by plaintiff involving substantially similar factual issues has heretofore been removed to that county, and in the reasonable management of litigation within the Supreme Court of the State, this action should have the same venue. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

PICTORIAL FILMS, INC., Plaintiff, v. PATHE INDUSTRIES, INC., Respondent, and EAGLE LION CLASSICS, INC., et al., Appellants.— Order unanimously modified by directing that the examinations in both actions proceed at the same time and the bill of particulars in this action be served after completion of the examinations. The date for the examinations to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

In the Matter of JOHN RUBINO et al., Appellants, against HERMAN T. STICHMAN, as Housing Commissioner of the State of New York, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.